UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                Case No. 1:02-cr-18-12

                                Hon. Richard Alan Enslen

VINCENTE SANCHEZ JARAMILLO,        **ORDER**

    Defendant.
_____/

The defendant appeared before this Court on August 8, 2005 and admitted guilt to Violations One, Two and Three of the conditions of the term of supervised release. Accordingly, the Court has adjudicated the defendant guilty of these violations.

**THEREFORE, IT IS HEREBY ORDERED** that the Defendant is continued on supervised release under the same terms and conditions previously imposed.

**IT IS FURTHER ORDERED** that the Defendant's conditions will be modified to add the following conditions:

1. The defendant shall abstain from all use and/or possession of alcoholic beverages, shall not frequent places whose primary purpose is the sale or serving of alcohol.

2. The defendant shall reside at the Comprehensive Sanction Center, located in Grand Rapids, Michigan, for a period of six (6) months, abiding by all rules and regulations of the program.

3. The remaining fine balance in the amount of $3,570.00 is due and payable in monthly installments as determined by the probation officer.

Dated in Kalamazoo, MI:                         /s/Richard Alan Enslen
August 10, 2005                              Richard Alan Enslen
                                                United States District Judge